## JURUS v. COLUMBUS BAR ASSOCIATION.

No. 260.   Decided October 12, 1964.

*George E. Tyack* for appellant.

*S. Noel Melvin* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## LIND v. MINNESOTA ET AL.

No. 163, Misc.   Decided October 12, 1964.

Appellant *pro se.*

*Walter F. Mondale,* Attorney General of Minnesota, and *Charles E. Houston* and *Linus J. Hammond,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.